UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
: NO. 3:10-CR-126
-vs- :
:
WILLIAM SARDINAS, :
            Defendants :

**FILED SCRANTON**
APR 20 2010
PER _____
DEPUTY CLERK

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1

On or about February 8, 2010, in Wayne County, within the Middle District of Pennsylvania, the defendant,

. WILLIAM SARDINAS,

at a place within the territorial jurisdiction of the United States, namely the United States Penitentiary at Canaan, Pennsylvania, on land acquired for the use of the United States and under its concurrent jurisdiction, did knowingly and intentionally assault another person with a dangerous weapon, with the intent to do bodily harm and without just cause or excuse.

In violation of Title 18, United States Code, Sections 7(3) and 113(a)(3).

THE GRAND JURY FURTHER CHARGES:

## COUNT 2

On or about February 8, 2010, in Wayne County, within the Middle District of Pennsylvania, the defendant,

WILLIAM SARDINAS,

at a place within the territorial jurisdiction of the United States, namely the United States Penitentiary at Canaan, Pennsylvania, on land acquired for the use of the United States and under its concurrent jurisdiction, did knowingly and intentionally assault another person resulting in serious bodily injury.

In violation of Title 18, United States Code, Sections 7(3) and 113(a)(6).

THE GRAND JURY FURTHER CHARGES:

## COUNT 3

On or about February 8, 2010, in Wayne County, within the Middle District of Pennsylvania, the defendant,

WILLIAM SARDINAS,

at a place within the territorial jurisdiction of the United States, namely the United States Penitentiary at Canaan, Pennsylvania, on land acquired for the use of the United States and under its concurrent jurisdiction, did knowingly and intentionally assault another person with a dangerous weapon, with the intent to do bodily harm and without just cause or excuse.

In violation of Title 18, United States Code, Sections 7(3) and 113(a)(3).

**A TRUE BILL:**

_4/20/10_
DATE

DENNIS C. PFANNENSCHMIDT
United States Attorney